■ TAMAICA M. TAYLOR, Appellant, v MARCIA A. BIRDSONG, Respondent. (Action No. 1.) TAMAICA M. TAYLOR, Appellant, v DAVID VANGALIO, Respondent. (Action No. 2.) (Appeal No. 1.) [997 NYS2d 666]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered May 1, 2013. The order, insofar as appealed from, denied in part the motion of plaintiff for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Centra, J.P., Carni, Valentino and Whalen, JJ.